IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
WESTERN DIVISION

| | | |
|---|---|---|
| J & J SPORTS PRODUCTIONS, INC., | * | |
| | * | |
| Plaintiff, | * | |
| | * | |
| vs. | * | No. 4:09CV00496 SWW |
| | * | |
| JORGE ACEVEDO, ET AL., | * | |
| | * | |
| Defendants. | * | |

## Judgment

Pursuant to the Memorandum Opinion and Order in this matter on this date, Judgment is hereby entered in favor of Plaintiff in the amount of $112,800.00.

SO ORDERED this 13th day of May, 2010.

/s/Susan Webber Wright

UNITED STATES DISTRICT JUDGE